IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

AHMED HMEIMED,

Petitioner,

v. Civil Action No. 2:26-cv-1057

MARKWAYNE MULLIN, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on Petitioner Ahmed Hmeimed's submission titled "Motion for Release," which the Court construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and docketed. Dkt. No. 1. At the time of filing, Petitioner was a detainee of United States Immigration and Customs Enforcement ("ICE") and was housed at the Farmville Detention Center. *Id*. His petition sought immediate release from custody. *Id.* The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 4.

On October 23, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court dismiss the petition as moot because it appears that Petitioner has been deported and released from ICE custody. Dkt. No. 8, at 2–3. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 3, and no objections have been filed. The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED AS MOOT**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 18, 2026